

# Fourth Court of Appeals
## San Antonio, Texas

July 28, 2014

No. 04-13-00713-CR

Dillan William **STANLEY**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2011CR8100B
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

The State's motion for extension of time to file the brief is GRANTED. Time is extended to August, 18, 2014.

_Sandee Bryan Marion_
Sandee Bryan Marion, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 28th day of July, 2014.

Keith E. Hottle
Clerk of Court